# CERTIFICATE OF SERVICE

I, __David Davis__ (name), certify that service of this summons and copy of the complaint was made __May 11, 2023__ (date) by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Finalis Securities, LLC
Attn: Charles Bradley Ziemba, CEO and CCO
228 PARK AVE SOUTH
SUITE 85550
NEW YORK, NY 10003

Incorporating Services Ltd.
Registered agent for Finalis Securities, LLC
3500 S. Dupont Hwy
Dover, DE 19901

David Michael Whelchel
3 Latrobe Street
Asheville, NC 28801-1520

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursant to the laws of State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __5/16/2023__
Signature __/s/ David Davis__
Print Name: __David Davis__
Business Address: __456 Montgomery Street Suite 900__
__San Francisco, CA 94104__