CHRISTOPHER D. SULLIVAN (148083)
STACEY L. PRATT (124892)
ROXANNE BAHADURJI (290117)
**SULLIVAN BLACKBURN PRATT LLP**
456 Montgomery Street, Suite 2200
San Francisco, CA 94104
Phone: (415) 692-5218
Email: csullivan@sullivanblackburn.com
spratt@sullivanblackburn.com
rbahadurji@sullivanblackburn.com

Special Litigation Counsel
for the Chapter 7 Trustee Janina M. Hoskins

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>GROWTH CAPITAL SERVICES, INC., a Delaware corporation,<br><br>Debtors. | Bankruptcy. Case No. 22-30218-HLB<br><br>Adversary No. 23-03019<br><br>Chapter 7 |
| JANINA M. HOSKINS, in his capacity as Chapter 7 Trustee of Growth Capital Services, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MICHEAL WHELCHEL, an individual, and FINALIS SECURITIES, LLC, a Delaware Limited Liability Company.<br><br>Defendants. | STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND REQUEST TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES |

-1-
STIPULATION

Plaintiff Janina M. Hoskins as Chapter 7 Trustee of the estate of Growth Capital Services, Inc. ("Plaintiff" or "Trustee") and Defendants David Michael Whelchel and Finalis Securities, LLC ("Defendants"), by and through their attorneys of record (collectively, "Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed this Adversary Proceeding on May 9, 2023 ("Complaint");

WHEREAS, Defendants' answer or other initial responsive pleadings were due by June 8, 2023;

WHEREAS, counsel for Defendants contacted Plaintiff's counsel prior to June 8, 2023, and requested an extension to answer or otherwise respond to the Complaint;

WHEREAS, in an effort to engage in discussions regarding the Complaint and each Party's position, the Parties agree that good cause exists to extend Defendants' time to respond to the Complaint to July 10, 2023;

WHEREAS, the Scheduling Conference in this matter is set to come before this Court on July 13, 2023 at 2:00 p.m. and pursuant to the Order Re Initial Disclosures and Discovery Conference entered by the Court on May 9, 2023 (Dkt. No. 3), the Parties are required to hold a Discovery Conference at least 21 calendar days prior to the Scheduling Conference and file the Discovery Plan within 14 calendar days after the Discovery Conference;

WHEREAS, given that the Parties are engaging in discussions on the Complaint and have agreed to extend Defendants' response deadline to July 10, 2023, the Parties request that the Court continue the Scheduling Conference to August 10, 2023, and simultaneously request that per the timeframe set forth in the Order Re Initial Disclosures and Discovery Conference, extend the dates by when the Parties are required to hold a discovery Conference and file a Discovery Plan;

WHEREAS, this is the Parties first modification and the requested modifications will not otherwise impact the schedule for the Adversary Proceeding;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that:

1. Defendants shall have until July 10, 2023 to answer or otherwise respond to the Complaint;

2. The Parties request that the Court continue the Scheduling Conference to August 10, 2023 at 2:00 p.m.

3. The Parties further request that the deadline to hold a Discovery Conference be extended to July 20, 2023, and the Parties shall have until August 3, 2023 to file a Discovery Plan.

IT IS SO STIPULATED.

DATED: June 13, 2023    SULLIVAN BLACKBURN PRATT LLP

*/s/ Christopher D. Sullivan*
Christopher D. Sullivan
Special Litigation Counsel for the
Chapter 7 Trustee Janina M. Hoskins

DATED: June 13, 2023    EVERSHEDS SUTHERLAND (US) LLP

*/s/ Ian Shelton*
Ian Shelton
Counsel for Defendant FINALIS
SECURITIES, LLC

DATED: June 13, 2023    ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

*/s/ William W. Huckins*
William W. Huckins
Counsel for Defendant DAVID MICHAEL
WHELCHEL