Entered on Docket
June 14, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: June 14, 2023

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 22-30218 HLB |
| GROWTH CAPITAL SERVICES, INC., | Chapter 7 |
| Debtor. | |
| JANINA M. HOSKINS, | Adv. Proc. No. 23-3019 HLB |
| Plaintiff, | |
| v. | |
| DAVID MICHAEL WHELCHEL and FINALIS SECURITIES, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

**ORDER APPROVING STIPULATION**

This proceeding comes before the court on a Stipulation to Extend Time to Respond to the Complaint and Request to Continue Scheduling Conference and Related Deadlines submitted by Plaintiff/Chapter 7 Trustee Janina Hoskins and Defendants David Michael Whelchel and Finalis Securities, LLC.[1]

The Stipulation sets forth the parties' agreement to extend Mr. Whelchel's and Finalis' responsive pleading deadline from

---
[1] Dkt. 6 (the "Stipulation").

June 8, 2023 to July 10, 2023.  In addition, the Stipulation asks the court to extend or continue the following dates and deadlines:

- Scheduling conference:  July 13, 2023 to August 10, 2023
- Discovery Conference (Fed. R. Civ. P. 26(f)(1)/Fed. R. Bankr. P. 7026):  June 22, 2023 to July 20, 2023
- Discovery Plan (Fed. R. Civ. P. 26(f)(2)/Fed. R. Bankr. P. 7026):  July 6, 2023 to August 3, 2023

The Stipulation does not speak to the deadlines for exchanging the initial disclosures as required by Fed. R. Civ. P. 26(a)(1)(C)/Fed. R. Bankr. P. 7026 or for issuing a scheduling order as required by Fed. R. Civ. P. 16(b)(2)/Fed. R. Bankr. P. 7016(a).

Accordingly, the court **ORDERS** as follows:

**1.** The Stipulation is hereby **APPROVED** and the parties' request for extended and continued dates and deadlines is **GRANTED**.

**2.** The scheduling conference currently set for **July 13, 2023** at **2:00 p.m.** is hereby **CONTINUED** to **August 10, 2023** at **2:00 p.m.**

The continued scheduling conference will convene via Zoom. The court encourages all interested parties to consult the court's website for information concerning the status of court operations during the COVID-19 pandemic.  The court's website also offers information explaining how to arrange an appearance at a video hearing.  If you have questions about court operations or how to participate in a video hearing, you may contact the

court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

    **3.**    The parties shall calculate the deadlines set forth in Fed. R. Civ. P. 26(a)(1)(C), 26(f)(1), and 26(f)(2), which apply in this proceeding pursuant to Fed. R. Bankr. P. 7026, from the date of the August 10, 2023 continued scheduling conference.

    **4.**    Based on the court's approval of the Stipulation, the court finds and concludes that good cause exists and is sufficient to justify extension of the date by which it must issue a scheduling order, as set forth in Fed. R. Civ. P. 16(b)(2), which applies in this proceeding pursuant to Fed. R. Bankr. P. 7016(a). The court hereby extends the deadline to five days after it convenes the initial scheduling conference, whether on August 10, 2023 or another continued date, if any.

**\*\*END OF ORDER\*\***

## Court Service List

[None]