1  Ian S. Shelton (SBN 264863)
   EVERSHEDS SUTHERLAND (US) LLP
2  500 Capital Mall, Suite 1750
   Sacramento, CA 95814
3  Telephone: (916) 245-7427
   Facsimile: (916) 241-0501
4  ianshelton@eversheds-sutherland.com

5  *Attorney for Defendant Finalis Securities, LLC*

6

7                    UNITED STATES BANKRUPTCY COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

| In re: | |
|---|---|
| GROWTH CAPITAL SERVICES, INC., | Case No. 22-30218 HLB |
| Debtor, | Chapter 7 |
| JANINA M. HOSKINS, | Adv. Proc. No. 23-3019 HLB |
| Plaintiff, | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |
| v. | |
| DAVID MICHAEL WHELCHEL and FINALIS SECURITIES, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

20        PLEASE TAKE NOTICE that Ian S. Shelton of Eversheds Sutherland (US) LLP, who is

21  admitted to practice before the United States Bankruptcy Court for the Northern District of

22  California, hereby appears in the above-captioned adversary proceeding (the "Adversary

23  Proceeding") on behalf of Defendant Finalis Securities, LLC, and requests, pursuant to the Federal

24  Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007 and 9010 that all notices

25  given or required to be given and all papers served or required to be served in this case be given

26  to and served on the undersigned at the following addresses and through CM/ECF:

27

28

                                    1
           Notice of Appearance and Request for Notice and Service of Papers

Ian S. Shelton (SBN 264863)
EVERSHEDS SUTHERLAND (US) LLP
500 Capital Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 245-7427
Facsimile: (916) 241-0501
ianshelton@eversheds-sutherland.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referenced in the Bankruptcy Rules and provisions specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, messenger delivery, telephone, facsimile, or otherwise which affect or seek to affect in any way the debtors or property or proceeds in which the debtors may claim an interest.

DATED: July 6, 2023                    EVERSHEDS SUTHERLAND (US) LLP

By: */s/Ian S. Shelton*
    Ian S. Shelton (SBN 264863)
    500 Capital Mall, Suite 1750
    Sacramento, CA 95814
    Telephone: (916) 245-7427
    Facsimile: (916) 241-0501
    ianshelton@eversheds-sutherland.com

    *Attorney for Defendant Finalis Securities, LLC*

Case: 23-03019    Doc# 9    Filed: 07/06/23    Entered: 07/06/23 13:04:52    Page 2 of 2