1  WILLIAM W. HUCKINS (BAR NO. 201098)
   MATTHEW D. PHAM (BAR NO. 287704)
2  MIKAYLA O'NEAL (BAR NO. 334357)
   ALLEN MATKINS LECK GAMBLE
3    MALLORY & NATSIS LLP
   Three Embarcadero Center, 12th Floor
4  San Francisco, California  94111-4074
   Phone: (415) 837-1515
5  Fax:  (415) 837-1516
   E-Mail:  whuckins@allenmatkins.com
6           mpham@allenmatkins.com
            moneal@allenmatkins.com
7
   Attorneys for Defendant
8  DAVID MICHAEL WHELCHEL

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 23-30218-HLB |
| GROWTH CAPITAL SERVICES, INC., a Delaware corporation, | Adversary No. 23-03019 |
| Debtors. | **DEFENDANT DAVID MICHAEL WHELCHEL'S MOTION TO DISMISS COMPLAINT** |
| JANINA M. HOSKINS, in her capacity as Chapter 7 Trustee of Growth Capital Services, Inc., | Date:  Thursday, August 17, 2023<br>Time:  2:00 p.m.<br>Dept:  19 |
| Plaintiff, | Complaint Filed:  May 9, 2023 |
| v. | |
| DAVID MICHEAL WHELCHEL, an individual, and FINALIS SECURITIES, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

Case: 23-03019   Doc# 14   Filed: 07/10/23   Entered: 07/10/23 16:59:43   Page 1 of 3

4859-8686-3981.1

Bankruptcy Case No. 23-30218-HLB
DEFENDANT'S MOTION TO DISMISS COMPLAINT

Pursuant to Defendant David Michael Whelchel's Notice of Motion to Dismiss Complaint filed concurrently herewith, on August 17, 2023 at 2:00 p.m., or as soon thereafter as the matter may be heard by Department 19 of the above-captioned court, located at 450 Golden Gate Avenue, San Francisco, California, Defendant David Michael Whelchel ("Whelchel"), by his undersigned counsel, will and hereby does move to dismiss the Complaint for Avoidance and Recovery of Actual and Constructive Avoidable Transfers (the "Complaint") filed by Plaintiff Janina M. Hoskins as Chapter 7 Trustee of Growth Capital Services, Inc. ("Plaintiff") with prejudice.

This Motion is made pursuant to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6) and on the grounds that Plaintiff's Complaint fails to state a claim upon which relief can be granted. The Complaint fails to state cognizable claims for avoidance and recovery of property transfers by Growth Capital Services, Inc. ("Debtor") to Whelchel.

Plaintiff's First and Second Claims for Relief of the Complaint fail to state claims against Whelchel because he was not assigned any right, interest, or obligation in the engagement letters that were assigned, thus, there was no transfer to Whelchel. Rather, Whelchel was already a party to the contracts under which Debtor's assigned rights and obligations to Finalis Securities, LLC ("Finalis"). The Complaint also fails to allege facts sufficient to infer any actual intent to defraud or that Debtor did not receive reasonably equivalent value when Finalis assumed Debtor's broker dealer obligations under the Engagement Letters after Debtor terminated its employees and shut down its operations.

Plaintiff's Third and Fourth Claims for Relief of the Complaint fail to state claims against Whelchel because the Complaint fails to allege facts from which to infer actual intent to hinder, delay or defraud creditors in connection with the commission payments by Debtor to Whelchel, the commission payments were for services rendered and earned by Whelchel, and Debtor's payment in satisfaction of a debt constitutes an exchange of value that is not a transfer constructively in fraud of creditors. Accordingly, the Complaint fails to state any causes of action for fraudulent transfers against Whelchel.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

Bankruptcy Case No. 23-30218-HLB
DEFENDANT'S MOTION TO DISMISS COMPLAINT

Case: 23-03019    Doc# 14    Filed: 07/10/23    Entered: 07/10/23 16:59:43    Page 2 of 3

4859-8686-3981.1
-2-

Plaintiff's Fifth Claim for Relief against Whelchel fails to state a claim for recovery of avoided transfer because there was no avoidable transfer against Whelchel.

This Motion is based on this Motion, the concurrently filed Notice of Motion, the concurrently filed Memorandum of Points and Authorities, the Exhibits attached thereto, which are documents incorporated by reference in the Complaint and its Exhibits, all pleadings and papers on file in the action, and such other and further arguments and evidence as may be presented to the Court in connection with the above-captioned hearing.

Dated: July 10, 2023

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: */s/ WILLIAM W. HUCKINS*
WILLIAM W. HUCKINS
Attorneys for Defendant
DAVID MICHAEL WHELCHEL

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Bankruptcy Case No. 23-30218-HLB
DEFENDANT'S MOTION TO DISMISS COMPLAINT

Case: 23-03019   Doc# 14   Filed: 07/10/23   Entered: 07/10/23 16:59:43   Page 3 of 3

4859-8686-3981.1

-3-