CHRISTOPHER D. SULLIVAN (148083)
STACEY L. PRATT (124892)
ROXANNE BAHADURJI (290117)
**SULLIVAN BLACKBURN PRATT LLP**
456 Montgomery Street, Suite 2200
San Francisco, CA 94104
Phone: (415) 692-5218
Email: csullivan@sullivanblackburn.com
spratt@sullivanblackburn.com
rbahadurji@sullivanblackburn.com

Special Litigation Counsel
for the Chapter 7 Trustee Janina M. Hoskins

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>GROWTH CAPITAL SERVICES, INC., a Delaware corporation,<br><br>Debtors. | Bankruptcy. Case No. 22-30218-HLB<br><br>Adversary No. 23-03019<br><br>Chapter 7 |
| JANINA M. HOSKINS, in his capacity as Chapter 7 Trustee of Growth Capital Services, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MICHEAL WHELCHEL, an individual, and FINALIS SECURITIES, LLC, a Delaware Limited Liability Company.<br><br>Defendants. | STIPULATION REGARDING BRIEFING SCHEDULE AND REQUEST TO CONTINUE HEARING DATE ON THE MOTIONS TO DISMISS |

Plaintiff Janina M. Hoskins as Chapter 7 Trustee of the estate of Growth Capital Services, Inc. ("Plaintiff" or "Trustee") and Defendants David Michael Whelchel and Finalis Securities, LLC ("Defendants"), by and through their attorneys of record (collectively, "Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed this Adversary Proceeding on May 9, 2023 ("Complaint");

WHEREAS, the Parties entered into a stipulation that was approved by the Court, extending Defendants' time to respond to the Complaint;

WHEREAS, Defendants' filed Motions to Dismiss on July 10, 2023 ("Motions");

WHEREAS, Plaintiff's oppositions to the Motions are due by August 3, 2023 and Defendants' replies are due by August 10, 2023;

WHEREAS, the Motions are set to be heard by the Court on August 17, 2023 at 2:00 p.m.;

WHEREAS, Plaintiff's counsel and Defendants' counsel conferred on July 18, 2023;

WHEREAS, Plaintiff's counsel requested an extension to file the Trustee's oppositions to the Motions and Defendants' counsel agreed to provide an extension to August 18, 2023;

WHEREAS, the Parties agree that good cause exists to extend the Parties briefing schedule, as well as the hearing date on the Motions;

WHEREAS, the Scheduling Conference in this matter is set for October 19, 2023. The Parties do not believe that the new briefing schedule and hearing date will interfere with the date set for the Scheduling Conference.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that:

1. Plaintiff shall have until August 18, 2023 to oppose the Motions;

2. Defendants shall have until August 30, 2023 to reply; and

3. The hearing is continued to September 7, 2023 at 2:00 p.m.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: July 20, 2023 | SULLIVAN BLACKBURN PRATT LLP |
| 2 | | /s/ *Christopher D. Sullivan* |
| 3 | | Christopher D. Sullivan<br>Special Litigation Counsel for the |
| 4 | | Chapter 7 Trustee Janina M. Hoskins |
| 5 | | |
| 6 | DATED: July 20, 2023 | EVERSHEDS SUTHERLAND (US) LLP |
| 7 | | /s/ *Ian Shelton* |
| 8 | | Ian Shelton<br>Counsel for Defendant FINALIS |
| 9 | | SECURITIES, LLC |
| 10 | | |
| 11 | DATED: July 20, 2023 | ALLEN MATKINS LECK GAMBLE |
| 12 | | MALLORY & NATSIS LLP |
| 13 | | |
| 14 | | /s/ *William W. Huckins* |
| 15 | | William W. Huckins<br>Counsel for Defendant DAVID MICHAEL |
| 16 | | WHELCHEL |