

CHRISTOPHER D. SULLIVAN (148083)
STACEY L. PRATT (124892)
ROXANNE BAHADURJI (290117)
**SULLIVAN BLACKBURN PRATT LLP**
456 Montgomery Street, Suite 2200
San Francisco, CA 94104
Phone: (415) 692-5218
Email: csullivan@sullivanblackburn.com
spratt@sullivanblackburn.com
rbahadurji@sullivanblackburn.com

Special Litigation Counsel
for the Chapter 7 Trustee Janina M. Hoskins

CHANGES MADE BY COURT
Signed and Filed: July 21, 2023

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>GROWTH CAPITAL SERVICES, INC., a Delaware corporation,<br><br>   Debtors.<br><br>JANINA M. HOSKINS, in his capacity as Chapter 7 Trustee of Growth Capital Services, Inc.,<br><br>   Plaintiff,<br><br>   v.<br><br>DAVID MICHEAL WHELCHEL, an individual, and FINALIS SECURITIES, LLC, a Delaware Limited Liability Company.<br><br>   Defendants. | Bankruptcy. Case No. 22-30218-HLB<br><br>Adversary No. 23-03019<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION REGARDING BRIEFING SCHEDULE AND REQUEST TO CONTINUE HEARING DATE ON THE MOTIONS TO DISMISS |

This matter came before the Court on the *Stipulation Regarding Briefing Schedule and Request to Continue Hearing Date on the Motions to Dismiss* ("Stipulation") filed by and between Plaintiff Janina M. Hoskins as Chapter 7 Trustee of the estate of Growth Capital Services, Inc. and Defendants David Michael Whelchel and Finalis Securities, LLC ("Defendants").

The Court having reviewed the Stipulation, and good cause appearing, it is hereby ORDERED as follows:

1. Plaintiff shall have until August 18, 2023 to oppose Defendants' motions to dismiss;
2. Defendants shall have until August **25**, 2023 to reply; and
3. The hearing is continued to September 7, 2023 at 2:00 p.m.

**END OF ORDER**

**COURT SERVICE LIST**

NONE