**Entered on Docket
September 01, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



Signed and Filed: September 1, 2023

_____
**HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 22-30218 HLB |
| GROWTH CAPITAL SERVICES, INC., | Chapter 7 |
| Debtor. | |
| JANINA HOSKINS, Chapter 7 Trustee, | Adv. Proc. No. 23-3019 HLB |
| Plaintiff, | |
| v. | |
| DAVID MICHAEL WHELCHEL and FINALIS SECURITIES LLC, | |
| Defendants. | |

**ORDER DENYING DEFENDANT DAVID MICHAEL WHELCHEL'S
MOTION TO DISMISS**

This proceeding is scheduled to come before the court on September 7, 2023 for a hearing on Defendant David Michael Whelchel's motion to dismiss.[1] Plaintiff Janina Hoskins opposed the Motion;[2] Mr. Whelchel has replied.[3]

The court has carefully analyzed the complaint, the Motion, and all other relevant pleadings. Based on that analysis, the

---
[1] Dkt. 19 (the "Motion").

[2] Dkt. 23.

[3] Dkt. 25.

court will exercise its discretion under B.L.R. 9013-2(a) and 7007-1(f) and will adjudicate the Motion without oral argument.

The court finds and concludes that Ms. Hoskins' complaint satisfies the pleading standards under Civil Rules[4] 8 and 9(b), which apply in this proceeding pursuant to Bankruptcy Rules 7008 and 7009, respectively. The court further declines Mr. Whelchel's implicit invitation to treat the Motion as one for summary judgment under Civil Rule 12(d), which applies here pursuant to Bankruptcy Rule 7012(b).

Accordingly, the court **ORDERS** as follows:

**1.** The Motion is hereby **DENIED; and**

**2.** The September 7 hearing is hereby **VACATED.**

**\*\*END OF ORDER\*\***

---

[4] All citations to a "Civil Rule" shall refer to one of the Federal Rules of Civil Procedure and all citations to a "Bankruptcy Rule" shall refer to one of the Federal Rules of Bankruptcy Procedure.

## Court Service List

[None]